[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 23-12932

Non-Argument Calendar

————————————————

RICHARD ALTMAN WHITE,

Plaintiff-Appellant,

*versus*

JAMIE TIERNAN,
C.F.O.,
WARREN RHEA,
Senior Corporate Council,
GAS SOUTH,

Defendants-Appellees.

————————————————

2                    Opinion of the Court                    23-12932

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02960-VMC

_____

Before NEWSOM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Richard White's notice of appeal, filed on September 7, 2023, was untimely to appeal from the district court's July 17, 2023 final order and judgment dismissing his case. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); Fed. R. App. P. 4(a)(1)(A).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.